# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 5, 2012

Robert P. Young, Jr.,
Chief Justice

145544

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
            Plaintiff-Appellee,

v

SC:  145544
COA:  302398
Wayne CC:  10-005106-FC

ROBERT MCCOWAN,
            Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the May 29, 2012 judgment of the Court of Appeals is considered and, it appearing to this Court that the case of *People v Williams* (Docket No. 144762) is pending on appeal before this Court and that the decision in that case may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decision in that case.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 5, 2012

_____
Clerk

p1128